## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| GARY DAVIS HART II, | ) |
| Petitioner, | ) |
| v. | )  CIVIL ACTION NO. 01-0231-CB-C |
| MICHAEL W. HALEY, | ) |
| Respondent. | ) |

### ORDER

On June 8, 2005, the Court entered an order requiring respondent to to show cause why this habeas petition should not be granted, in part, in light of the Supreme Court's recent decision in *Roper v. Simmons*, ___ U.S. ___, 125 S. Ct. 1183 (2005), holding that the execution of juvenile offenders is unconstitutional. In response, the respondent acknowledges that the petitioner is entitled to penalty phase relief upon a finding that petitioner was under the age of 18 when the underlying murder was committed. Respondent suggests that the Court grant the petition insofar as it seeks penalty phase relief and reserve ruling on the issues related to the legality of petitioner's conviction until petitioner has been resentenced by the Circuit Court of Mobile County. By letter brief dated July 27, 2005, petitioner's counsel has indicated that they are in agreement with the procedure suggested by the respondent.

Based on evidence in the record that petitioner Gary Davis Hart II was 16 years old at the time the underlying offense was committed, this Court finds based on *Roper* that petitioner's sentence of death is unconstitutional, that he is not eligible for the death penalty and that he is entitled to habeas corpus relief.

Accordingly, it is **ORDERED** that the petition for writ of habeas corpus filed by petitioner

Gary Davis Hart II is **GRANTED** to the following extent: The State of Alabama has 30 days from the date of this order to impose upon the petitioner a sentence of life without parole or to release the petitioner from custody.

This order is without prejudice as to any pending guilt-phase claims properly raised by the petitioner which will be decided in due course.

**DONE** and **ORDERED** this the 8th day of August, 2005.

*s/ Charles R. Butler, Jr.*
**SENIOR UNITED STATES DISTRICT JUDGE**