IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GARY DAVIS HART II, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 01-00231-CB |
| JEFFERSON S. DUNN, ) | |
| Commissioner, Alabama ) | |
| Department of Corrections, ) | |
| ) | |
| Respondent. | |

## ORDER

The parties' Joint Status Update (Doc. 52) is **noted**. The parties shall file an updated status report on or before **August 29, 2016**.

**DONE** and **ORDERED** this the 6th day of June, 2016.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**